# UNITED STATES DISTRICT COURT

for the

District of South Carolina

| | |
|---|---|
| Christopher Odom | ) |
| *Petitioner* | ) |
| v. | ) |
| Sheriff Al Cannon | ) |
| *Respondent* | ) |

Civil Action No.      5:17-cv-3022-RMG

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__),

which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with

costs.

❏ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____

recover costs from the petitioner *(name)* _____.

■ other: This petition is dismissed without prejudice.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Richard M. Gergel, United States District Judge who adopts the Report and
Recommendation of the Honorable Kaymani D. West, United States Magistrate Judge.

Date:   January 25, 2018                         *CLERK OF COURT*

                                        s/Debbie Stokes
                                        _____
                                        *Signature of Clerk or Deputy Clerk*